# Third District Court of Appeal

## State of Florida

Opinion filed May 11, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-526
Lower Tribunal No. F13-23892
_____


**Shantel A. Brown,**
Appellant,

vs.

**The State of Florida,**
Appellee.


An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Robert T. Watson, Judge.

Shantel A. Brown, in proper person.

Ashley Moody, Attorney General, for appellee.


Before SCALES, MILLER and GORDO, JJ.

PER CURIAM.

Affirmed.